**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Power Integrations Inc.    v.   Fairchild Semiconductor Int'l Inc. et al.

No. 2015-1329

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:  Fairchild Semiconductor Int'l Inc., Fairchild Semiconductor Corp., and Fairchild (Taiwan) Corporation
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Blair M. Jacobs
Law firm: McDermott Will & Emery LLP
Address: 500 North Capitol Street NW
City, State and ZIP: Washington, DC 20001
Telephone: 202-756-8199
Fax #: 202-756-8087
E-mail address: bjacobs@mwe.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 14, 2001

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Feb. 26, 2015                              /s/ Blair M. Jacobs
Date                                       Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  February 26, 2015
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| Blair M. Jacobs | /s/ Blair M. Jacobs |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: McDermott Will & Emery LLP

Address: McDermott Will & Emery LLP, 500 North Capitol Street NW

City, State, ZIP: Washington, DC  20001

Telephone Number: 202-756-8000

FAX Number: 202-756-8087

E-mail Address: bjacobs@mwe.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.