NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

---

**POWER INTEGRATIONS, INC., a Delaware corporation,**
*Plaintiff - Cross-Appellant*

v.

**FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, FAIRCHILD (TAIWAN) CORPORATION,**
*Defendants - Appellants*

---

15-1329

---

Appeal from the United States District Court for the District of Delaware in case no. 1:08-cv-00309-LPS Chief Judge Leonard P. Stark

---

ON MOTION

# O R D E R

Upon consideration of the Appellants', Fairchild Semiconductor Corporation , Fairchild Semiconductor International, Inc. , and Fairchild (Taiwan) Corporation, unopposed motion to extend time to file a principal brief until June 12, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

March 26, 2015                /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court